IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-CR-089 |
| | ) | |
| JOSEPH JONES | ) | |

## MEMORANDUM AND ORDER

Upon receiving the defendant's signed plea agreement [doc. 28], the court set this matter for a January 21, 2014 change of plea hearing. At that hearing, the defendant advised the court that he no longer wishes to change his plea.

The trial of this criminal case is **SET** for Wednesday, **February 19, 2014, at 9:00 a.m.** The new plea cutoff date is February 5, 2014.

At the January 21 hearing, defense counsel made an oral Speedy Trial Act motion which the court granted from the bench. The ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant the motion would deny the defense reasonable time necessary for effective trial preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all time from the oral motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

ENTER:

    s/ Leon Jordan
United States District Judge